# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. SACV 12-00643-CJC(RNBx)                              Date: April 30, 2012

Title: <u>CARLEEN TEMPLE v. HOMEWIDE LENDING, CORP., ET AL.</u>

PRESENT:

**<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>**

<u>Michelle Urie</u>                                         <u>    N/A    </u>
Deputy Clerk                                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:       ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                           None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO STATE A CLAIM**

      Plaintiff filed this action against Defendants asserting ten causes of action relating to the non-judicial foreclosure process initiated on her property. Based upon a review of the complaint, it appears that Plaintiff's claims are not cognizable causes of action, inadequately pled, and/or based on theories of liability that are not viable. Accordingly, the Court orders Plaintiff to show cause why this case should not be dismissed for failure to allege any cognizable claim. Plaintiff shall file an opposition to the Court's order to show cause by May 8, 2012. Defendants shall then have until May 15, 2012 to file a response. This matter will be decided on the papers without any hearing.

jsk

MINUTES FORM 11
CIVIL-GEN                                                                                              Initials of Deputy Clerk MU