## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

# JS-6

### CIVIL MINUTES – GENERAL

Case No. SACV 12-00643-CJC(RNBx)                    Date: May 11, 2012

Title: <u>CARLEEN TEMPLE v. HOMEWIDE LENDING CORP., ET AL.</u>

PRESENT:

### <u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>

<u>Michelle Urie</u>                               <u>     N/A     </u>
Deputy Clerk                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING CASE FOR FAILURE TO COMPLY WITH THE COURT'S ORDER TO SHOW CAUSE**

Plaintiff filed this action against Defendants asserting ten causes of action relating to the non-judicial foreclosure process initiated on her property.  On April 30, 2012 the Court issued an order requiring Plaintiff to show cause why this case should not be dismissed for failure to state a claim, because, in reviewing the complaint, it appeared to the Court that Plaintiff's claims did not state cognizable causes of action, were inadequately pled, and/or were based on theories of liability that were not viable. Plaintiff was ordered to file an opposition to the Court's order by May 8, 2012.  Plaintiff has failed to comply with this order and file an opposition.  Accordingly, the Court DISMISSES Plaintiff's action.

jsk

MINUTES FORM 11
CIVIL-GEN                                        Initials of Deputy Clerk MU